UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-61733-CIV-SMITH

JAMIL HINDI, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

1-800-FLOWERS.COM, INC.,

    Defendant.
_____/

## ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 2, 2024**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on December 26, 2023**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by — **December 9, 2022**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — **December 23, 2022**

3. Motion for Class Certification shall be filed by — **March 10, 2023**

4. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **March 31, 2023**

5. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **April 17, 2023**

6. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — **May 1, 2023**

7. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by — **June 9, 2023**

8. Fact discovery shall be completed by — **June 30, 2023**

9. Expert discovery shall be completed by — **June 30, 2023**

10. Mediation shall be completed by — **July 7, 2023**

11. Motion to Decertify Class shall be filed by — **July 14, 2023**

12. Dispositive motions, including summary judgment and *Daubert*, shall be filed by — **July 28, 2023**

13. Deposition designations and counter designations shall be filed by — **September 29, 2023**

    The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

14. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by — **November 30, 2023**

    Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted.

15. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by — **November 30, 2023**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

## REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, all motions for attorney's fees, costs, and sanctions, plus all non-dispositive pretrial motions (PTN) are **REFERRED t**o Magistrate Judge Reid for appropriate resolution.

**NOTICE OF SETTLEMENT**

      If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial is set to commence** in order to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

*   *   *

**Failure to comply with any provision of this order may result in the imposition of sanctions.**

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of November, 2022.

                                                                               _____
                                                                               RODNEY SMITH
                                                                               UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record