UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-61733-CIV-SMITH

JAMIL HINDI, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

1-800-FLOWERS.COM, INC.

    Defendant.

_____/

## ORDER OF FINAL DISMISSAL

This matter is before the Court on the parties' Amended Joint Stipulation of Dismissal with Prejudice [DE 26]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims are **DISMISSED with prejudice.** The class claims are **DISMISSED without prejudice.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 24th day of February, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record